Teresa Salazar-Cosmos (CA#194050)                            *E-Filed 7/10/09*
IMMIGRATION PRACTICE GROUP
A Professional Corporation
555 Clay Street
San Francisco, CA  94111
Tel: (415) 398-3852
Fax: (415) 296-8730

Attorney for Petitioner

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| JANTA KHIDDEE, <br><br>                 Plaintiff, <br> vs. <br><br> JANET NAPOLITANO, Secretary for the Department of Homeland Security, <br> ROSEMARY MELVILLE, District Director of U.S. Citizenship and Immigration Services, <br> MICHAEL AYTES, Acting Deputy Director Of U.S. Citizenship and Immigration Services, <br> ERIC H. HOLDER, JR., United States Attorney General, <br><br>                 Defendants. | USDC Case No.: 09-cv-02752-RS <br> Agency Case No.: A076-205-253 |

### JOINT STIPULATION TO DISMISS PLAINTIFF'S COMPLAINT FOR WRIT IN THE NATURE OF MANDAMUS AND DECLARATORY RELIEF

COME NOW, Janta Khiddee, Petitioner, by and through her attorney of record, and Respondents, by and through their attorney of record, hereby stipulate, subject to the approval of the Court, as follows:

1. A Complaint for Writ in the Nature of Mandamus and Declaratory Relief in the above-entitled case was filed on June 22, 2009 with the United States District Court for the Northern District.

2.      Plaintiff and Defendants hereby stipulate to dismiss the instant cause of action with prejudice as the Plaintiff has been lawfully admitted to permanent residence as of March 2007.  The parties shall bear their own costs and fees.

**IT IS SO STIPULATED.**

I remain, respectfully yours,

IMMIGRATION PRACTICE GROUP, P.C.

DATED: JULY 10, 2009         /Teresa Salazar-Cosmos/
TERESA SALAZAR COSMOS
Counsel for Petitioner

DATED: JULY 10, 2009         /Edward Olsen/
EDWARD OLSEN
Assistant U.S. Attorney

## ORDER

Petitioner's Petition for Writ in the Nature of Mandamus and Declaratory Relief is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: 7/10/09                           _____
U.S. ~~District Court~~ Judge
Magistrate